

U.S. Department of Justice

**COURTESY COPY**

*United States Attorney*
*Eastern District of New York*

SR: TDL
USAO File # 2005V00754
Kearney.ltr.ct.adj.conf.wpd

One Pierrepont Plaza
Brooklyn, New York 11201

*Mailing Address:* 147 Pierrepont Street
Brooklyn, New York 11201

March 13, 2006

**Via Electronic Filing**
Honorable John Gleeson
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Timothy J. Kearney v. Jo Anne B. Barnhart, Comm. of Soc. Sec.,*
   *Civil Action No. CV-05-1860 (Gleeson, J.) (Levy, M.J.)*

Dear Judge Gleeson:

On behalf of both parties, the undersigned Assistant United States Attorney respectfully requests an adjournment of the oral argument scheduled for March 23, 2006, at 11:00 a.m.

This adjournment is necessary due to the scheduling conflicts of counsel for both parties. As counsel for both parties are available to appear for the oral argument on March 30, 2006, at 11:00 a.m., the undersigned proposes an adjournment of the oral argument until that date, or any date thereafter that is convenient for the Court. Thank you for Your Honor's time and consideration concerning this matter.

Granted. Oral argument adjourned to March 30, 2006 @ 11:00am

Respectfully submitted,

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York

By: TIMOTHY D. LYNCH
Assistant U.S. Attorney
(718) 254-6288/7000

s/John Gleeson

cc: Brian J. Crawley, Esq., Attorney for Plaintiff