UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TIMOTHY J. KEARNEY,   JUDGMENT
   05-CV- 1860 (JG)
    Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
-----------------------------------------------------------------X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT. E.D.N.Y.
★ APR 26 2006 ★
BROOKLYN OFFICE

    A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on April 17, 2006, denying plaintiff's and defendant's cross-motions for judgment on the pleadings; and remanding the case to the Commissioner for further proceedings consistent with the Court's Memorandum and Order dated April 17, 2006; it is

    ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that plaintiff's and defendant's cross-motions for judgment on the pleadings are denied; and that the case is remanded to the Commissioner for further proceedings consistent with the Court's Memorandum and Order dated April 17, 2006.

Dated: Brooklyn, New York
      April 18, 2006

s/Robert C. Heinemann
ROBERT C. HEINEMANN
Clerk of Court